IN THE UNITED STATES COURT OF APPEALS

FOR THE FIFTH CIRCUIT

---

No. 99-40645

---

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

ORESTE GONZALEZ SEINO,

Defendant-Appellant.

---

Appeal from the United States District Court
For the Eastern District of Texas
(6:98-CR-71-1)

---

December 8, 2000

Before HIGGINBOTHAM, WIENER, and DENNIS, Circuit Judges.

PER CURIAM:[*]

    AFFIRMED. *See* 5TH CIR. R. 47.6.

---

    [*] Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.